UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JEREMY BANEY,** : | |
| Petitioner : | **CIVIL ACTION NO. 3:22-1033** |
| v. : | **(JUDGE MANNION)** |
| **STEPHEN SPAULDING,** : | |
| Respondent : | |

## ORDER

In accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. Baney's request to withdraw his petition for writ of habeas corpus (Doc. 9) is **CONSTRUED** as a motion to voluntarily dismiss this case pursuant to Federal Rule of Civil Procedure 41(a)(2).

2. Baney's motion to voluntarily dismiss the above captioned action (Doc. 9) is **GRANTED**.

3. The petition (Doc. 1) for a writ of habeas corpus pursuant to 28 U.S.C. §2241 is **DISMISSED** without prejudice.

4. The Clerk of Court is directed to **CLOSE** this case.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Dated:  September 8, 2022
22-1033-01-ORDER